# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                         **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    **Defendant.**

_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue" (doc. 37) filed under seal September 8, 2005, in which counsel states that Defendant is still cooperating with the Government and adds that he has a calendar conflict with a scheduled appearance before the Eleventh Circuit that week.  The Government is unopposed to the granting of the motion.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.  Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Motion to Continue Trial (doc. 37) is *granted*.

2.    Trial is reset for **Monday, October 11, 2005** at **8:30 am** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>ninth</u> day of September, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao