UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                              **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    Defendant.

_____/

**ACCEPTANCE OF GUILTY PLEA**

    **THIS CAUSE** comes before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. 47) filed December 6, 2005.  Pursuant to the Report and Recommendation, to which there have been no timely objections, and subject to the Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the guilty plea of the defendant, **KENJI DARLING**, to Count One of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this <u>fifteenth</u> day of December, 2005.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge

/pao