UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue" (doc. 59) filed March 10, 2006, in which counsel advises the Court that Government counsel's illness prevents him from attending sentencing as scheduled. Additionally, defense counsel states that he is still reviewing the presentencing report and assisting Defendant in resolving his personal matters before sentencing in anticipation of Defendant's incarceration. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 59) is *granted*.

2.    Sentencing is reset for **Monday, April 3, 2006** at **1:30 pm** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>tenth</u> day of March, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao