**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                        **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

      **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

    **THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue" (doc. 61) filed April 3, 2006, in which counsel advises that Defendant's cooperation is still ongoing.  Specifically, Defendant anticipates being called as a trial witness within the next two months.  Counsel requests a 60-day continuance in order for Defendant to complete his cooperation.  The Government is unopposed to the granting of the motion.

    Finding good cause for the postponement, it is

    **ORDERED AND ADJUDGED** as follows:

    1.      The motion to continue sentencing (doc. 61) is *granted*.

    2.      Sentencing is reset for ***Monday, June 5, 2006*** at ***1:30 pm*** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>third</u> day of April, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

/pao