UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.             **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue" (doc. 67) filed November 1, 2006, in which counsel advises that Defendant's cooperation is still ongoing. Specifically, Defendant anticipates being called as a trial witness in United States v. Corey Brown, 1:05-CR-017-MMP, which was recently continued. Counsel requests a continuance in order for Defendant to complete his cooperation. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue sentencing (doc. 67) is *granted*.

2.     Sentencing is reset for **Monday, December 11, 2006** at *1:30 pm* at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>third</u> day of November, 2006.

                        *s/ Stephan P. Mickle*

                        Stephan P. Mickle
                        United States District Judge