# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                    **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    **Defendant.**

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue" (doc. 69).  Defendant seeks a continuance of his sentencing hearing because his cooperation with the Government is ongoing.  Specifically, Defendant anticipates being called as a trial witness in United States v. Corey Brown, 1:05-CR-017-MMP, which was recently continued to January 2007.  Counsel requests a continuance in order for Defendant to complete his cooperation.  The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 69) is *granted*.

2.    Sentencing is reset for **Monday, February 5, 2007** at **1:30 pm** at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>eighth</u> day of December, 2006.

       <u>s/ Stephan P. Mickle</u>
       Stephan P. Mickle
       United States District Judge