# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                     **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    **Defendant.**

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue" (doc. 71) filed January 31, 2007. Defendant seeks a continuance of his sentencing hearing because his cooperation with the Government is ongoing. Specifically, Defendant anticipates being called as a trial witness in <u>United States v. Corey Brown</u>, 1:05-CR-017-MMP, which was recently continued to March 2007. Counsel requests a continuance in order for Defendant to complete his cooperation. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 71) is *granted*.

2. Sentencing is reset for **Monday, March 5, 2007** at **1:30 pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>first</u> day of February, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge