# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**        **CASE NO.: 1:05-CR-013-SPM**

**KENJI DARLING,**

    **Defendant.**

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing" (doc. 73) filed March 1, 2007, in which the Government requests a continuance because Defendant is currently completing his cooperation by testifying in United States v. Corey Brown, 1:05-CR-017-MMP, a trial which is scheduled to continue into next week. Defendant is not opposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue sentencing (doc. 73) is *granted*.

2.    Sentencing is reset for **Monday, April 2, 2007** at **1:30 pm** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>first</u> day of March, 2007.

                                         <u>*s/ Stephan P. Mickle*</u>

                                         Stephan P. Mickle
                                         United States District Judge